CIVIL / CRIMINAL ACTION NUMBER:

LESTER PATRICK ACKERMAN IV
GENERAL DELIVERY
WASHINGTON D.C.
20090

Case: 1:26-cv-00277   JURY DEMAND
Assigned To : Unassigned
Assign. Date : 1/30/2026
Description: Pro Se Gen. Civ. (F-DECK)

COMPLAINT

DEMAND FOR JURY TRIAL

#1 JURISDICTION   This Court Has The Power To Hear The Case Because Under United States of America's Influence Violations Were Committed

#2 VENUE

#3 PARTIES   LESTER PATRICK ACKERMAN IV   V.   UNITED STATES OF AMERICA

#4 STATEMENT OF FACTS & EXHIBITS ATTACHED

Indoctrination / Installation of Negative Energy Towards Term Mo Lester Has Caused Hate And Discrimination. Defamation And Sexual Harassment Towards Lester. The Factual Statement Above Have Proven True On Multiple Case Studies And Attached Exhibits Consist of Evidence On Set From Verbal Assult.

#5 CLAIM

Basis of Claim America Has Been Conducting A Campaign Violating Equal Protection Laws, Freedom of Religion. Discrimination, Defamation and Sexual Harassment Laws. Mentioned Campaign Has Used Term Mo Lester In Criminal Justice System / American Vocabulary For Indoctrination And Installing of Negative Energy Towards Lester / Mo Lester. America's Campaign Has Violated Above Stated Laws or Rules Belonging With Use / Worshipping of BC/AD Calendar Using An Idol Reference For Birth Dates of Citizens Registered Within America's System.

#6 RELIEF

Relief For Above Stated Claim Will Consist of World Wide Injunction And Campaign / Training For Reversal of Above Stated Claim On Set By America's Criminal Negligence And Political Confluence. Formation of University / Institution of Mo Lestorian Where Positive Mo Lesting Will Be Taught, Formation of Mo Lester Trials And Legal Guidence For Proper Protection of All Above Relief And People Effected By Verbal Assult Campaign And America's Criminal Negligence.

RECEIVED

JAN 30 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

SIGNED YEAR 2026 MONTH JANUARY DAY 27TH OF SATANIL IDOL WARSHIPPING AMERICAN CALENDER.

Master Patrick Ackerman IV

U.S. COURT OF APPEALS
DC CIRCUIT

2026 JAN 30 P 3: 32
FILING DEPOSITORY

RECEIVED
2026 JAN 30 P 3: 28

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

#1 WHEN DID AMERICAN SCHOLARS PUBLISH TERM MOLESTER FOR NEGATIVE USE?

#2 HOW MANY TIMES HAS AMERICA USED TERM IN NEGATIVE FASION TO DISCRIBE OFFENSE IN JUDICAL SYSTEM?

#3 WHO COINED TERM AND WHAT YEAR DID THERE NEGATIVITY GO PUBLIC?

#4 WHO EMPLAMENTED CALENDAR SYSTEM BC/AD?

#5 WHAT DOES BC MEAN?

#6 WHAT DOES AD MEAN?

#7 WHAT DOES YEAR 2026 MEAN?

#8 IS YEAR 2026 A REFERENCE FROM JEWISH CALENDER?

#9 IS JUDICAL SYSTEM PART OF JEWISH CALENDER?

#10 IF PEOPLE PARTICIPATE IN JUDICAL SYSTEM IS THAT A JUVINIAL?

#11 IF a JUVINIAL ISNT AWARE OF WHAT A POWER OF ATTERNEY IS AND POWER OF ATTERNEY IS USED TO VIOLATE RIGHTS ON PEOPLE IS THAT WITHIN LAW AND ORDER?

#12 IF SCRIBE USES PEN TO ENFORCE LAW OR RULE IS THAT PENETRATION?

RECEIVED
2026 JAN 30 P 3:28
CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
2026 JAN 30 P 3:32
FILING DEPOSITORY

IN THE _21_ JUDICIAL CIRCUIT, _ST. LOUIS_ COUNTY, MISSOURI

| Party Name: | Case Number: |
|---|---|
| *LESTER ACKERMAN III* | *21SL-CC02856* |
| Style of Case: | Case Type: |

CLERK
DISTRICT & BANKRUPTCY
COURTS FOR DC
2026 JAN 30 P 3:27
FILE

AUG 29 202
JOAN M. GILM
CIRCUIT CLERK, ST. LOUIS
(Date File Stamp)

## Motion to Correct Redaction

COMES NOW _LESTER_ , and requests the clerk raise the security

level on _OSCA(10-16) CR145 CHAPTER 610 RSMo_ (document filed).

[✗] _PETITION FOR EXPUNGEMENT OF RECORD REDACTE__ [ORIGINAL + CORRECTED]

The document is insufficiently redacted and needs to be made confidential.

In support of the motion, the undersigned filer states:

1. The document submitted for filing with the court was insufficiently redacted in that:

   _PERSONAL INFORMATION WAS DISCLOSED TO PUBLIC   SSN LICENCE_

   _EXT._

2. I request that the clerk raise the security level on the insufficiently redacted document to make it

   confidential while the motion is pending.

Respectfully submitted,

_[signature]_

Filer Signature

Filer Name: _LESTER P. ACKERMAN III_

Address: _1720 MARKET ST RM 3035_

City, State Zip: _ST. LOUIS MO 63100_

Phone Number: _314 357 2145_

Email Address: _LESTERACKERMAN III@gmail.com_

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

CLERK
DISTRICT & BANKRUPTCY
COURTS FOR DC

2026 JAN 30 P 3: 28

RECEIVED

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| united states | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___march 4th and july 4th 1776___ in the county of _____ in the

_____ District of _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 19 U.S. Code § 1592 | American government has instigated sexual harassment, hate and |
| 46 U.S. Code § 2303 | discrimination towards people named Lester by perverting the term molest. 19 |
| 18 U.S. Code § 16 | U.S. Code § 1592 fraudulently defaming, sexually harassing mowing/cutting |
| 29 CFR § 1604.11 | the character of Lester and his followers.46 U.S. Code § 2303criminally |
| | negligent precursors cause vessel Lester to be attacked while carrying |
| | messages for the defense of government systems. 18 U.S. Code § |
| | 16Criminally negligent precursors cause harm with use of force and weapons |
| | to people named Lester and or missionaries of MoLester. |

This criminal complaint is based on these facts:

On multiple instances sexual harassment, discrimination and hate has been demonstrated with use of cruel and unusual punishment. The demonstrations are incidental to the governments criminal negligence and failure to follow directives.While Lester continues to try to defend there molesting Lester is attacked for Goverments teachings. Lester in fear for his life has placed his cell samples in cryopreservation. While in slavery as part of the punishment Lester was denied his motions in the court and forced to pay lawyer.

❏ Continued on the attached sheet.

*Complainant's signature*

LESTER PATRICK AlKERMAN IV
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*



RECEIVED
U.S. COURT OF APPEALS
FOR THE DC CIRCUIT
2026 JAN 30 P 3:32
FILING DEPOSITORY

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC
JAN 30 P 3:27
RECEIVED

## 1. Congressional Records

- Congress publishes roughly **200+ volumes per year** of the *Congressional Record.*
- If *"molester"* appears **once every 10 volumes** (a **very conservative** estimate), that's:
    - ~20 uses per year
    - Over ~50 years → ~1,000 occurrences

## 2. Department of Justice / FBI Publications

- DOJ/BJS reports on **sex offenders/child abuse** often use the term *"molester"* in descriptive contexts.
- The FBI's **Uniform Crime Reports** and **National Incident-Based Reporting System (NIBRS)** publications sometimes use related terminology in summaries.

If these reports use *"molester"* on average:

- ~3–5 times per report,
- With ~30 such relevant reports issued annually, that's:
    - 90–150 uses per year.
    - Over ~20 years → 1,800–3,000 uses
-

# A Reasonable Educated Estimate

Based on these rough components:

| Source | Estimated Uses |
| --- | --- |
| Congressional Record | ~1,000 |

| Source | Estimated Uses |
|--------|----------------|
| DOJ/FBI Agency Reports | ~1,800–3,000 |
| Press releases / agency comms | ~500–1,000 |
| **TOTAL (estimate)** | **~3,300 – 5,000 occurrences** |

This are very conservative record estimates.